# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

PERCY DOUGLAS JACKSON, SR.                                                              PLAINTIFF

V.                                            5:14CV00376 SWW

WC "DUB" BRASSELL
DETENTION CENTER                                                                           DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.[1]  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.       Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order.

2.       The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of January, 2015.

                                                                  /s/Susan Webber Wright
                                                                  UNITED STATES DISTRICT JUDGE

---

[1] The proposed Findings and Recommend Disposition were returned to Court as undeliverable. ECF No. 6.