# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

PERCY DOUGLAS JACKSON, SR.                                                        PLAINTIFF

V.                                        5:14CV00376 SWW

WC "DUB" BRASSELL
DETENTION CENTER                                                                   DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of January, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE